IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv–01221-ZLW

JEFFREY A. ROSENBERG,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION – REGION X HQ,
SOCIAL SECURITY INSPECTOR GENERAL, and
SOCIAL SECURITY ADMINISTRATION, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 8 2005

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Reconsider Denial for Leave to Proceed on Appeal Pursuant to 28 USC 1915 and Fed. R. App. P. 24 and for Appeal to the USCA 10th Cir." filed on October 28, 2005, is DENIED.

Dated:  November 8, 2005

Copies of this Minute Order mailed on November 8, 2005, to the following:

Jeffrey A. Rosenberg
1150 Syracuse Street
Denver, CO 80220

Secretary/Deputy Clerk